```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 03107
   WILLIE J WILLIAMS
   FAITH M WILLIAMS                          CHAPTER 13

                                             JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-3919     SSN XXX-XX-2556

-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 02/12/2008 and was confirmed 04/09/2008.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

     The case was converted to chapter 7 after confirmation 10/31/2008.
-----------------------------------------------------------------------
CREDITOR NAME               CLASS           CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------
ASSET ACCEPTANCE LLC      UNSECURED           206.17          .00           20.62
CAPITAL ONE               UNSECURED          1319.40          .00          131.94
WELLS FARGO FINANCIAL IL  UNSECURED          1133.83          .00          113.38
US BANK NATIONAL          NOTICE ONLY      NOT FILED          .00             .00
COMMONWEALTH EDISON       UNSECURED           717.77          .00           71.78
PEOPLES GAS LIGHT & COKE  UNSECURED          1411.23          .00          141.12
RESCAP MORTGAGE           CURRENT MORTG         .00           .00             .00
RESCAP MORTGAGE           MORTGAGE ARRE      416.10           .00          416.10
TEMPUS PALMS INTERNATION  SECURED NOT I     8893.95           .00             .00
TEMPUS PALMS INTERNATION  UNSECURED        NOT FILED          .00             .00
DUPAGE CREDIT UNION       SECURED VEHIC    12794.08        416.94         1668.15
HOMECOMINGS FINANCIAL     NOTICE ONLY      NOT FILED          .00             .00
ADT                       UNSECURED        NOT FILED          .00             .00
AT & T BANKRUPCTY         UNSECURED        NOT FILED          .00             .00
CREDIT PAC                NOTICE ONLY      NOT FILED          .00             .00
CCA                       UNSECURED        NOT FILED          .00             .00
COMMONWEALTH EDISON       NOTICE ONLY      NOT FILED          .00             .00
ROUNDUP FUNDING LLC       UNSECURED         5490.15           .00          549.02
DIRECT MERCHANTS BANK     NOTICE ONLY      NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED        10483.79           .00         1048.38
BENEFICIAL/HOUSEHOLD FIN  NOTICE ONLY      NOT FILED          .00             .00
ECAST SETTLEMENT CORP     UNSECURED          633.45           .00           63.35
ECAST SETTLEMENT CORP     UNSECURED          532.69           .00           53.27
ILLINOIS DEPT OF EMPLOYM  UNSECURED        NOT FILED          .00             .00
PALMS CONDOMINIUM ASSOC   UNSECURED        NOT FILED          .00             .00
QUALITY HEALTHCARE EQUIP  UNSECURED        NOT FILED          .00             .00
INTERNAL REVENUE SERVICE  UNSECURED        NOT FILED          .00             .00
US POSTAL SERVICE         UNSECURED        NOT FILED          .00             .00
LEDFORD & WU              DEBTOR ATTY       2,000.00                      2,000.00
TOM VAUGHN                TRUSTEE                                           579.51
DEBTOR REFUND             REFUND                                          1,932.70


                   PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 03107 WILLIE J WILLIAMS & FAITH M WILLIAMS
```

Summary of Receipts and Disbursements:

---

|                      | RECEIPTS  | DISBURSEMENTS |
|----------------------|-----------|---------------|
| TRUSTEE              | 9,206.26  |               |
| PRIORITY             |           | .00           |
| SECURED              |           | 2,084.25      |
| INTEREST             |           | 416.94        |
| UNSECURED            |           | 2,192.86      |
| ADMINISTRATIVE       |           | 2,000.00      |
| TRUSTEE COMPENSATION |           | 579.51        |
| DEBTOR REFUND        |           | 1,932.70      |
| TOTALS               | 9,206.26  | 9,206.26      |

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 01/27/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE